1  Richard G. Grotch, Esq. – SBN 127713
   Alisha A. Beltramo, Esq. – SBN 267423
2  **CODDINGTON, HICKS & DANFORTH**
   **A Professional Corporation, Lawyers**
3  555 Twin Dolphin Drive, Suite 300
   Redwood City, California 94065-2133
4  Telephone: (650) 592-5400
   Facsimile:  (650) 592-5027
5  E-mail:  rgrotch@chdlawyers.com

6  **ATTORNEYS FOR** Defendants
   DELTA AIR LINES, INC. and
7  MESABA AVIATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| BERNICE SUMMERS, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>DELTA AIRLINES, INC., MESABA AVIATION, INC. operating as DELTA CONNECTION, and Does 1-20, inclusive,<br><br>Defendants. | Case No.   CV 10-5730 LHK (HRL)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL AS TO MESABA AVIATION, INC. ONLY<br><br>Honorable Lucy H. Koh<br>United States District Judge |

IT IS HEREBY STIPULATED by and between plaintiff BERNICE SUMMERS and defendant MESABA AVIATION, INC. ("Mesaba"), through their respective attorneys of record, that plaintiff's claims, and each of them, against Mesaba *only*, be, and hereby are, dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear her or its own costs of suit.

///

///

///

///

///

---

1

STIPULATION AND [~~PROPOSED~~] ORDER RE DISMISSAL OF MESABA AVIATION, INC.
Case No: CV 10-5730 LHK (HRL)

SO STIPULATED.

Dated: April 1, 2011

LAW OFFICE OF BRETT A. BURLISON

By: /s/ *Brett A. Burlison*
    Brett A. Burlison
    Attorney for Plaintiff
    Bernice Summers

Dated: April 1, 2011

CODDINGTON, HICKS & DANFORTH

By: /s/ *Richard G. Grotch*
    Richard G. Grotch
    Attorney for Defendants
    Delta Air Lines, Inc. and
    Mesaba Aviation, Inc.

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: April 4, 2011

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Judge

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

2

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF MESABA AVIATION, INC.
Case No: CV 10-5730 LHK (HRL)