<div style="writing-mode: vertical">**UNITED STATES DISTRICT COURT**
For the Northern District of California</div>

# UNITED STATES DISTRICT COURT
## Northern District of California
### San Jose Division

BERNICE SUMMERS,
    Plaintiff,

    v.

DELTA AIRLINES, INC., et al.,
    Defendants.
_____/

No. C 10-5730 LHK

**ORDER RE: ATTENDANCE**

Date:    June 28, 2011
Mediator:  Jack Skelton

    IT IS HEREBY ORDERED that the request to excuse plaintiff Bernice Summers from personal attendance at the June 28, 2011 mediation before Jack Skelton is GRANTED. Ms. Summers shall be available to participate at all times by telephone in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

June 20, 2011        By:    *Elizabeth D. Laporte*
Dated                                      Elizabeth D. Laporte
                                              United States Magistrate Judge