UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNICE SUMMERS, Individually, | Case No.: 10-CV-05730-LHK |
| Plaintiff, | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| DELTA AIRLINES, INC., MESABA AVIATION, INC. operating as DELTA CONNECTION, and Does 1-20, inclusive, | |
| Defendants. | |

On June 28, 2011, counsel for Defendant Delta Airlines filed a letter stating that the parties had reached a settlement that day during mediation. Counsel stated that the parties anticipate filing a stipulation of dismissal within 45-60 days and requested that the Court vacate the July 27, 2011 case management conference. In light of counsel's representations, the Court hereby CONTINUES the July 27, 2011 case management conference to **August 31, 2011 at 2 p.m.**

This continuance provides the parties approximately 60 days to finalize the settlement and file a stipulated dismissal with the Court. By August 24, 2011, the parties shall file either a joint case management statement or a stipulation of dismissal. Once a stipulation of dismissal is filed, the Court will vacate all dates and deadlines. Until then, the rest of the case schedule remains as set at the March 24, 2011 case management conference.

**IT IS SO ORDERED.**

Dated: June 29, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-05730-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE