Richard G. Grotch, Esq. – SBN 127713
Alisha A. Beltramo, Esq. – SBN 267423
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Telephone: (650) 592-5400
Facsimile:  (650) 592-5027
E-mail:  rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendant
DELTA AIR LINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| BERNICE SUMMERS, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>DELTA AIRLINES, INC., MESABA AVIATION, INC. operating as DELTA CONNECTION, and Does 1-20, inclusive,<br><br>Defendants. | Case No.   CV 10-5730 LHK (HRL)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL<br><br>Honorable Lucy H. Koh<br>United States District Judge |

IT IS HEREBY STIPULATED by and between plaintiff BERNICE SUMMERS and defendant DELTA AIR LINES, INC. ("Delta"), through their respective attorneys of record, that this action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear her or its own attorney's fees and costs of suit.

///

///

///

///

///

///

1

1  SO STIPULATED.

2  Dated: August 18, 2011                    LAW OFFICE OF BRETT A. BURLISON

                                             /s/ *Brett A. Burlison*
                                          By:_____
                                             Brett A. Burlison
                                             Attorney for Plaintiff
                                             Bernice Summers

8  Dated: August 24, 2011                    CODDINGTON, HICKS & DANFORTH

                                             /s/ *Richard G. Grotch*
                                          By:_____
                                             Richard G. Grotch (*)
                                             Attorney for Defendant
                                             Delta Air Lines, Inc.

(*) I hereby attest that I have on file all holographic signatures indicated by a "conformed" signature (/s/) within this e-filed document.

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.   The Clerk shall close the file.

Dated: August  26, 2011

                                          *Lucy H. Koh*
                                          Honorable Lucy H. Koh
                                          United States District Judge

2

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL
Case No: CV 10-5730 LHK (HRL)